**E-FILED on** 8/13/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MIPS TECHNOLOGIES, INC. DERIVATIVE LITIGATION _____ This Document Relates To: ALL ACTIONS. | No. C-06-06699 RMW JUDGMENT |

On August 13, 2008 the court entered its order dismissing this case with prejudice. Therefore,

Judgment is hereby entered in favor of defendants, and plaintiffs are not entitled to any relief by way of their complaints.

DATED: 8/13/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—06-06699 RMW
TSF

**United States District Court**
**For the Northern District of California**

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  Robert Bramson            rbramson@bramsonplutzik.com
   Bradley A. Dirks          bdirks@sbtklaw.com
4  Travis E. Downs , III     travisd@csgrr.com
   Lawrence Timothy Fisher   ltfisher@bramsonplutzik.com
5  John K. Grant             johnkg@csgrr.com
   Tara Puhua Kao            tkao@sbtklaw.com
6  Alan R Plutzik            aplutzik@bramsonplutzik.com
   Kathryn Anne Schofield    kschofield@bramsonplutzik.com
7  Michael C. Wagner         mwagner@sbtklaw.com
   Shawn A. Williams         shawnw@csgrr.com
8  Eric L. Zagar             ezagar@sbtklaw.com

9  **Counsel for Defendants:**

10 Kalama M. Lui-Kwan        klui-kwan@fenwick.com
   Gaurav Mathur             gmathur@fenwick.com
11 Kevin Peter Muck          kmuck@fenwick.com
   Susan Samuels Muck        smuck@fenwick.com
12 Felix Shih-Young Lee      flee@fenwick.com
   Jay L. Pomerantz          jpomerantz@fenwick.com
13 Christopher James Steskal csteskal@fenwick.com

14

15 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

16

17 **Dated:**     8/13/2008                              TSF
                                                **Chambers of Judge Whyte**
18

19

20

21

22

23

24

25

26

27

28

JUDGMENT—06-06699 RMW
TSF                                                 2